## OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Kathleen Peratis
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar
Carmelyn P. Malalis
Tammy Marzigliano
René S. Roupinian

Allegra L. Fishel
Lewis M. Steel
Nantiya Ruan
Samuel R. Miller
Paul W. Mollica

Reena Arora
Delyanne D. Barros
Rachel M. Bien
Katherine Blostein
Molly Brooks
Cyrus Dugger
Cara E. Greene
Mariko Hirose
Seth M. Marnin
Ossai Miazad
Carmel Mushin
Melissa Pierre-Louis
Sandra Pullman
Lauren Schwartzreich
Michael Scimone
Dana Sussman
Amber Trzinski
Juno Turner
Elizabeth Wagoner

December 16, 2011

**Via ECF**
The Honorable Ramon E. Reyes, Jr.
United States District Court
For the Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re:   <u>Ramalez et al. v. Bimmy's LLC</u>, 10-cv-3557 (ILG)(RER)

Dear Judge Reyes,

We represent the Plaintiffs and a putative class of food service workers at Bimmy's sandwich factories in New York City. Pursuant to the Court's order on October 20, 2011, we write on behalf of all parties to provide a status update on the parties' efforts to resolve this case through private mediation. We apologize for the delay in providing the Court with this update.

The parties attended a second mediation session on December 12, 2011 with JAMS mediator, Margaret Shaw, but were unable to resolve the matter at the mediation. The parties respectfully propose that they continue their settlement conversations for three more weeks. If the parties are unable to reach a settlement, they respectfully propose that they apprise the Court of the status of their negotiations on January 5, 2011 and submit a revised proposed case management schedule at that time, if necessary.

Respectfully submitted,

Elizabeth Wagoner

cc:   Richard M. Howard (via ECF)
      Dawn Kirby Arnold (via Email)
      Rachel Bien
      Sandra Pullman

3 Park Avenue, 29th Floor, New York, NY 10016   Tel 212-245-1000   Fax 212-977-4005
6 Landmark Square, Suite 400, Stamford, CT 06901   Tel 203-363-7888   Fax 203-363-0333
og@outtengolden.com   www.outtengolden.com