UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- x

AURELIO RAMALEZ and MARIA TENEZELA,
on behalf of themselves and others similarly
situated,

Plaintiffs,

-against-

BIMMY'S LLC and ELLIOT FREAD,

Defendants.

------------------------------------- x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ SEP 1 2 2012 ★

BROOKLYN OFFICE

ECF Case
Docket Number 10 CV 3557

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the claims of AURELIO RAMALEZ, MARIA TENEZELA, AND SHANIQUA LLOYD are hereby settled, satisfied, and resolved and may be dismissed with prejudice. This stipulation may be filed and entered without further notice with the Clerk of the Court.

Dated: New York, New York
September 10, ~~January 11~~, 2012

By: _____
Outten & Golden LLP
Rachel Bien, Esq.
Elizabeth Wagoner, Esq.
3 Park Avenue 29th Floor
New York, New York 10016

*Attorneys for Plaintiffs*

By: _____
Meltzer, Lippe, Goldstein & Breitstone, LLP
Richard M. Howard, Esq.
190 Willis Avenue
Mineola, NY 11501

*Attorneys for Defendants*

So Ordered:

            s/ILG
_____
I. Leo Glasser, U.S.D.J.

9/11/12

590720-1