| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Justin M. Swartz<br>Rachel Bien<br>Elizabeth Wagoner<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone: 212-245-1000 | **MAKE THE ROAD NEW YORK, INC.**<br>Magdalena Barbosa<br>92-10 Roosevelt Ave.<br>Jackson Heights, NY 11372<br>Telephone: 718-565-8500 |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------- x

AURELIO RAMALEZ and MARIA TENEZELA,
on behalf of themselves and others similarly
situated,

      Plaintiffs,

-against-

BIMMY'S LLC and ELLIOT FREAD,

      Defendants.

---------------------------------------- x

ECF Case
Docket Number 10 CV _____

**WITHDRAWAL OF**
**CONSENT TO JOIN**

 I hereby withdraw my consent to be a party plaintiff in the above-captioned lawsuit. I understand that any claims I may have under Fair Labor Standards Act, 29 U.S.C. 201 *et seq.*, will be dismissed from this case without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

 *Yo renuncio mi consentimiento de ser demandante en este litigio. Yo entiendo que cualquier reclamo que tengo bajo la Acta de Normas Laborales, 29 U.S.C. 201 et seq., será despedido de este caso sin perjuicio según Fed. R. Civ. P. 41(a)(2).*

_Carolina Rojas Zuniga_
Carolina Zuniga   Signature/Firma

[Address redacted]
Address/Dirección

_Queens NY 11373_
City/Ciudad, State/Estado    Zip Code/Código Postal